(July 1, 1954.)

In the Matter of the Accounting of J. EVERETT VOGT, as Executor of ERNEST DU P. MEYROWITZ, Deceased, Respondent. E. B. MEYROWITZ, INC., Appellant-Respondent; KATE M. AGAR et al., Respondents-Appellants.— Orders unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See *post*, p. 844.]

THOMAS TOD V. JEREMIAH J. O'DONNELL et al., Copartners Doing Business under the Name of J. J. O'DONNELL & Co.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 932.]

MERCHANTS REFRIGERATING COMPANY, Respondent, and HENRY KAST, INC., Intervener, Respondent, v. 279–281 GREENWICH STREET CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 1046.]

MILTON KASHNER et al. v. IDA KAPILOW.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 929.]

In the Matter of the Ancillary Appointment of a Foreign Committee of the Estate of GENEVIEVE R. CLINE, an Incompetent Person. MARY A. STRINGHAM, Appellant; MARION P. THOMPSON, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 1011.]

In the Matter of the Accounting of EDWARD W. MCDONALD et al., as Executors of JAMES E. MCDONALD, Deceased, Committee of the Person and Property of KATE L. ELIAS, an Incompetent, Respondents. GUARANTY TRUST COMPANY OF NEW YORK, as Executor of KATE L. ELIAS, Deceased, et al., Appellants; HENRY LICHTIG et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 939.]